Dear Clerk,

This letter is being written for the following reason(s). I was never given notice that the Court of Criminal Appeals received my application for writ of Habeas Corpus Pursuant to Article 11.07 Code of Criminal Purcedure. Had I received any notice that the Court of Criminal Appeals received my writ, I would not be writting this letter. I never was informed of the decision that the Court of Criminal Appeals handed down, therefore I am surprized of what ever decision it may be. Should I be denied relief, I request to be given some form of notice with the date in which that decision was made. Thank you for your time in advance to this matter. My information is as follows.

Court of Criminal Appeals
WR-75,964-01
Application for Writ of Habeas Corpus, Filed 3/10/2011

Best Regards;

Candy H. Hughes#1596685
Hughes Unit
Rt.2 Box 4400
Gatesville,Texas.76597
U.S.A

12-11-2015

x _CANDY Hill HUGHES_

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 17 2015

Abel Acosta, Clerk

SCANNED

DATE